**Affirm and Opinion Filed March 7, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00309-CR

### KADE BRIAN LANDERS, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 59th Judicial District Court
Grayson County, Texas
Trial Court Cause No. 072955**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Miskel
Opinion by Justice Miskel

Kade Brian Landers appeals his conviction for sexual assault of a child. *See*

TEX. PENAL CODE 22.011(a)(2)(A). Landers pleaded guilty, and the trial court

assessed a twenty-year sentence.

Appointed counsel filed a motion to withdraw and a brief under *Anders v.*

*California* in which he stated that after thorough review, he has found no grounds

for appeal with potential merit. 386 U.S. 738, 744–45 (1967). Counsel's brief and

motion meet the requirements of *Anders* by presenting a professional evaluation of

the record demonstrating why there are no arguable grounds for relief. *See Stafford v. State*, 813 S.W.2d 503, 510 n.3 (Tex. Crim. App. 1991).

In compliance with *Kelly v. State*, counsel (1) notified Landers of his motion to withdraw, (2) provided him a copy of the motion and the brief, (3) informed him of his right to file a pro se response, (4) informed him of his right to seek discretionary review should this court hold the appeal frivolous, and (5) took concrete measures to facilitate his review of the appellate record. *See* 436 S.W.3d 313, 319 (Tex. Crim. App. 2014). This court afforded Landers the opportunity to file a response, but he did not do so.

After appointed counsel files a motion to withdraw on the ground that an appeal is frivolous, we are obligated to undertake an independent examination of the record to determine whether there is any arguable ground that may be raised. *See Stafford*, 813 S.W.2d at 511. Only then may we grant counsel's motion to withdraw. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988).

After review, we agree that the appeal is frivolous and without merit. We find nothing in the record that might arguably support an appeal.

We grant counsel's motion to withdraw and affirm the judgment.

/Emily Miskel/
EMILY MISKEL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

220309F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KADE BRIAN LANDERS,
Appellant

No. 05-22-00309-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the 59th Judicial
District Court, Grayson County,
Texas
Trial Court Cause No. 072955.
Opinion delivered by Justice Miskel.
Justices Molberg and Pedersen, III
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.


Judgment entered this 7th day of March, 2023.